175 So.2d 647

**RIVERSIDE REALTY COMPANY, Inc.**

v.

**NATIONAL FOOD STORES OF LOU-
ISIANA, INC. and National
Tea Company.**

No. 47785.

June 11, 1965.

In re: Riverside Realty Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 229.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

175 So.2d 647

**Martin PAUL**

v.

**PETITFILS AND WILLIAMS, INC., and
Employers' Liability Assurance
Corporation, Ltd.**

No. 47801.

June 11, 1965.

In re: Petitfils and Williams, Inc., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 144.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.